# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ariel Isaac CORRAL Mendoza,<br><br>Defendant. | Case No.: '21 MJ01446<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about April 15, 2021, within the Southern District of California, Ariel Isaac CORRAL Mendoza, did knowingly and intentionally import approximately 2.98 kilograms (6.56 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Brian Bearekman
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th of April 16, 2021.

HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On April 15, 2021, at approximately 1:38 PM, Ariel Isaac CORRAL Mendoza, ("CORRAL"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #14. CORRAL was the driver and sole occupant of a 2016 Nissan ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from CORRAL. CORRAL stated he was crossing the border to go to San Diego, California. Upon further inspection, the CBP Officer found anomalies in the jumper cable box found in the vehicle. The CBP Officer referred the vehicle to secondary inspection.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the jumper box in the vehicle.

Further inspection of the vehicle resulted in the discovery of 1 package concealed in the jumper cable box of the vehicle, with a total approximate weight of 2.98 kgs (6.56 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

CORRAL was placed under arrest at approximately 3:15 PM.

1

During a post-Miranda interview, CORRAL denied knowledge that the narcotics were in the vehicle. CORRAL stated that he was going to get his friends car out of a tow yard then go work.

CORRAL was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.